UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

       - against -

Anthony Torres,
                Defendant.
------------------------------------------------------------x

03 Cr 504 (RMB)

**ORDER**

The conference in this matter is rescheduled from 10:30 am on March 11, 2020 to 11:30 am on March 30, 2020.

Dated: New York, New York
       March 10, 2020



**RICHARD M. BERMAN**
**U.S.D.J.**