UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                    Government,

                    16 Cr 504 (RMB)

    - against -                    **ORDER**

Anthony Torres,

                    Defendant.

------------------------------------------------------------x

The conference in this matter is rescheduled from 11:30 am on March 30, 2020 to 12:00 pm on March 30, 2020.

Dated: New York, New York
         March 19, 2020

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020